UNITED STATES of America
Plaintiff-Appellee

v.

Joseph A. HENDERSON
Defendant-Appellant

No. 17-2390

United States Court of Appeals, Eighth Circuit.

Submitted: February 9, 2018

Filed: February 14, 2018

Don Michael Green, Assistant U.S. Attorney, U.S. Attorney's Office, Kansas City, MO, for Plaintiff-Appellee

Joseph A. Henderson, Pro Se

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

PER CURIAM.

Joseph Henderson directly appeals the sentence the district court[1] imposed after

---

1. The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.

1. The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.

he pled guilty to a firearm offense, pursuant to a plea agreement containing an appeal waiver. Counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), challenging the substantive reasonableness of Henderson's sentence.

After careful review, we conclude that the appeal waiver is enforceable. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (validity and applicability of appeal waiver is reviewed de novo). The record establishes that Henderson knowingly and voluntarily entered into the plea agreement and the appeal waiver, that the arguments on appeal fall within the scope of the waiver, and that no miscarriage of justice would result from enforcing the waiver. See United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc). In addition, having independently reviewed the record under Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no non-frivolous issues for appeal outside the scope of the waiver. Accordingly, we grant counsel's motion to withdraw. The appeal is dismissed.